**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ernesta Y. Hospedale            CHAPTER 13
          Debtor(s)

           BKY. NO. 19-10393 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

           Respectfully submitted,

           /s/ *Rebecca Solarz*
           Rebecca Solarz
           07 Dec 2020, 15:48:11, EST

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322