| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10393-AMC**

ERNESTA Y. HOSPEDALE
5500 WYALUSING AVE.
PHILADELPHIA  PA    19131

Petition Filed Date: 01/23/2019
341 Hearing Date: 03/01/2019
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $500.00 | 47047134033 | 03/09/2020 | $500.00 | 47046553782 | 04/21/2020 | $500.00 | 47048385202 |
| 06/23/2020 | $500.00 | 19114579393 | 07/24/2020 | $500.00 | 108311794305 | 09/02/2020 | $500.00 | 19137023770 |
| 09/22/2020 | $500.00 | 47048589553 | 11/24/2020 | $500.00 | 19187231986 | 03/24/2021 | $500.00 | 108826727438 |
| 04/08/2021 | $17,000.00 | 1654718577 | | | | | | |

**Total Receipts for the Period: $21,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BANK OF AMERICA  N.A.<br>»» 004 | Mortgage Arrears | $17,619.34 | $17,619.34 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $567.26 | $246.17 | $321.09 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 02S | Secured Creditors | $1,092.25 | $1,092.25 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 02U | Unsecured Creditors | $2,547.53 | $1,105.55 | $1,441.98 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»» 001 | Secured Creditors | $77.92 | $77.92 | $0.00 |
| 5 | MICHAEL A LATZES ESQ<br>»» 005 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

Chapter 13 Case No. 19-10393-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,050.00 | Current Monthly Payment: | $528.00 |
| Paid to Claims: | $23,141.23 | Arrearages: | ($14,220.00) |
| Paid to Trustee: | $1,908.77 | Total Plan Base: | $27,726.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.