IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ernesta Y. Hospedale** | : CHAPTER 13 |
| | : |
| | : |
| **Debtor(s)** | : NO.   19-10393 AMC |

### CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify Second Amended Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on February 21, 2022, to Scott Waterman, Trustee, United States Trustee, Ernesta Y. Hospedale, debtors, all creditors listed on the Claim's Register and all attorneys of record

| | |
|---|---|
| 2-21-22 | /s/ MICHAEL A. LATZES, ESQUIRE |
| DATE | MICHAEL A. LATZES, ESQUIRE |
| | Attorney for Debtor |