IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : **CHAPTER 13**
    **Ernesta Hospedale**                  :
                               :
        **Debtor(s)**                  : **NO.   19-10393 AMC**

## CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify Chapter 13 Plan were served either electronically or first class mail, postage prepaid, on February 21, 2022, to all parties.

Counsel certifies that there have been no objections or other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify Chapter 13 Plan.

  3-10-22                                        /s/ MICHAEL A. LATZES, ESQUIRE   
Date                                              MICHAEL A. LATZES, ESQUIRE
                                          Attorney for Debtor