IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ernesta Y. Hospedale** | : CHAPTER 13 |
| | : |
| | : |
| **Debtor(s)** | : NO.   19-10393 AMC |

ORDER

AND NOW, this      day of                       2022, upon the debtor's Motion to Modify the Second Amended Modified Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that debtor's Motion to Modify is hereby **GRANTED.**

**Date: March 30, 2022**

_____
J.