United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-10393-amc
Ernesta Y. Hospedale Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 04, 2022 Form ID: pdf900 Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ernesta Y. Hospedale, 5500 Wyalusing Ave., Philadelphia, PA 19131-4908 |
| cr | + | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14261850 | + | Abigal Brunner, Esquire, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14567167 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14567302 | + | Bank of America, NA, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14273375 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14261851 | | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2022 23:49:42 | American InfoSource LP, as agent, P.O. BOX 269093, Attn: Bankruptcy Dept., Oklahoma City, OK 73126-9093 |
| 14300028 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 04 2022 23:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14261852 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 04 2022 23:48:00 | Bank of America, N.A., 7105 Corporate Drive, Attn: Bankruptcy Dept., Plano, TX 75024-4100 |
| 14281858 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 04 2022 23:48:00 | Bank of America, NA, c/o Thomas Song, Esq., Phelan Halinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14261854 | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia - Law Department, One Parkway Building, 15th floor, 1515 Arch Street, Philadelphia, PA 19102-1595 |
| 14264430 | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14261853 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2022 23:48:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Attn: Bankruptcy Dept., Valhalla, NY 10595-2321 |
| 14261855 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 23:50:08 | J.C. Penney, P.O. BOX 965007, Attn: Bankruptcy Dept., Orlando, FL 32896-5007 |
| 14261856 | | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2022 23:49:54 | Midland Funding, LLC, by American InfoSource LP as agent, Attn: Department 1, P.O. BOX 4457, Houston, TX 77210-4457 |
| 14261857 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

Case 19-10393-amc    Doc 89    Filed 08/06/22    Entered 08/07/22 00:28:36    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 04 2022 23:48:00 | PECO ENERGY, 2301 Market Street, Attn: Bankruptcy Dept., Philadelphia, PA 19103-1380 |
| 14261858 | + | Email/Text: bsimmons@amsher.com | | |
| | | | Aug 04 2022 23:49:00 | T-Mobile, c/o Amsher Collection Service, 600 Beacon Pkwy W, Suite 300, Attn: Bankruptcy Dept., Birmingham, AL 35209-3114 |
| 14261859 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Aug 04 2022 23:48:00 | Verizon, 500 Technology Drive, Attn: Bankruptcy Dept., Weldon, MO 63304-2225 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022                         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Ernesta Y. Hospedale efiling@mlatzes-law.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHERRI J. SMITH | on behalf of Creditor BANK OF AMERICA  N.A. ssmith@pincuslaw.com, brausch@pincuslaw.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 20 |

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    ERNESTA Y. HOSPEDALE

Chapter 13

Bankruptcy No. 19-10393-AMC

Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: August 4, 2022

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE