| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10393-AMC

ERNESTA Y. HOSPEDALE
5500 WYALUSING AVE.
PHILADELPHIA  PA    19131

Petition Filed Date: 01/23/2019
341 Hearing Date: 03/01/2019
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $17,000.00 | 1654718577 | | | | | | |

**Total Receipts for the Period:  $17,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $25,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BANK OF AMERICA  N.A.<br>»»  004 | Mortgage Arrears | $17,619.34 | $17,619.34 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $567.26 | $246.17 | $321.09 |
| 2 | PHILADELPHIA GAS WORKS<br>»»  02S | Secured Creditors | $1,092.25 | $1,092.25 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS<br>»»  02U | Unsecured Creditors | $2,547.53 | $1,105.55 | $1,441.98 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»»  001 | Secured Creditors | $77.92 | $77.92 | $0.00 |
| 5 | MICHAEL A LATZES ESQ<br>»»  005 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 5 | BANK OF AMERICA  N.A.<br>»»  04P | Mortgage Arrears | $3,329.52 | $0.00 | $3,329.52 |

**Chapter 13 Case No. 19-10393-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,050.00 | Current Monthly Payment: | $274.00 |
| Paid to Claims: | $23,141.23 | Arrearages: | $1,370.00 |
| Paid to Trustee: | $1,908.77 | Total Plan Base: | $31,352.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.